United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 11, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-60723
Summary Calendar

KIRITKUMAR BHATT,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of a Decision of the
Board of Immigration Appeals
BIA No. A72-797-033
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Kiritkumar Bhatt petitions for review of the decision of the
Board of Immigration Appeals (BIA) summarily affirming the
decision of the Immigration Judge (IJ) denying Bhatt's request
for asylum or withholding of deportation. Bhatt contends that
the deportability determination was not supported by substantial
evidence. We do not disturb the IJ's determination that Bhatt
was not credible. *Chun v. INS*, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.